**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:11CV-00081-JHM**

**TIMOTHY A. DRIVER**                                                                                           **PLAINTIFF**

**VS.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                                 **DEFENDANT**

**ORDER**

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment is **GRANTED** for the Commissioner.

**IT IS FURTHER ORDERED** that plaintiff's request for remand pursuant to sentence six of 42 U.S.C. § 405(g) is **DENIED**.

This is a final and appealable Order and there is no just cause for delay.

Copies:          Counsel