UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:11CV-00081-JHM

**TIMOTHY A. DRIVER**                                                                           **PLAINTIFF**

VS.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                **DEFENDANT**

## JUDGMENT

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** judgment and the matter is **STRICKEN** from the active docket of the court.

Copies:      Counsel